UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JENNIFER BRONSON, an individual,

        Plaintiff,

   v.

DEPUY ORTHOPAEDICS, INC., an Indiana Corporation,

        Defendant.
_____

DEPUY ORTHOPAEDICS, INC., an Indiana Corporation,

        Cross-Claimant,

   v.

JENNIFER BRONSON, an individual,

        Cross-Defendant

NO. CIV. S-04-0475 WBS GGH

ORDER RE:
EVIDENTIARY OBJECTIONS

----oo0oo----

      Before the court is defendant's motion for summary judgment. On April 25, 2005, defendant filed twenty-four objections to statements in plaintiff's declaration and moved to strike the portions of her declaration to which it objected.

1

1  Defendant's objections are made primarily on the grounds that the
2  statements at issue constitute hearsay or inadmissable personal
3  opinion, violate the best evidence or parol evidence rules, or
4  are vague and ambiguous, conclusory, lacking in foundation,
5  argumentative, speculative, and/or irrelevant.  To rule on
6  defendant's motion for summary judgment, the court must first
7  decide these objections.  Accordingly, at the hearing currently
8  set for May 2, 2005, at 1:30 p.m., the court will hear only the
9  evidentiary objections.  The hearing on the motion for summary
10 judgment will be rescheduled for a later date after the
11 evidentiary objections have been resolved.
12          IT IS SO ORDERED.
13 DATED: April 27, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE