ALSCHULER GROSSMAN STEIN & KAHAN LLP
Mark A. Neubauer (No. 73728)
Katessa C. Davis (No. 146922)
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
MNeubauer@agsk.com
KDavis@agsk.com
Telephone:  310-907-1000
Facsimile:  310-907-2000

Attorneys for Defendant and Cross-Claimant
DePUY ORTHOPAEDICS, INC., an Indiana Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER BRONSON, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DePUY ORTHOPAEDICS, INC., an Indiana Corporation,<br><br>　　　　Defendant. | CASE NO. CIV.S-04-0475 WBS GGH<br><br>**STIPULATION FOR DISMISSAL; AND [PROPOSED] ORDER THEREON** |
| DePUY ORTHOPAEDICS, INC., an Indiana Corporation,<br><br>　　　　Cross-Claimant<br><br>vs.<br><br>JENNIFER BRONSON, an individual,<br><br>　　　　Cross-Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff and Cross-Defendant Jennifer Bronson and Defendant and Cross-Claimant DePuy Orthopaedics, Inc., through their respective counsel of record, that the above action is dismissed with prejudice, each party to bear their own fees and costs.

DATED: May ___, 2005        ALSCHULER GROSSMAN STEIN & KAHAN LLP
                            MARK N. NEUBAUER
                            KATESSA C. DAVIS


                            By_____
                               MARK N. NEUBAUER
                               Attorneys for Defendant and Cross-Claimant
                               DePUY ORTHOPAEDICS, INC., an Indiana
                               corporation

DATED: May ___, 2005        WILLIAMS WESTER & HALL, LLP
                            BARRY WESTER
                            SCOTT WILLIAMS
                            MATTHEW D. BREKHUS


                            By_____
                               BARRY WESTER
                               Attorneys for Plaintiff and Cross-Defendant
                               JENNIFER BRONSON

### ORDER

Based upon the Stipulation between the Parties and good cause appearing there,

**IT IS HEREBY ORDERED THAT THE ACTION IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR HER OR ITS OWN FEES AND COSTS.**

Dated: June 7, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Alschuler Grossman Stein & Kahan LLP, The Water Garden, 1620 26th Street, Fourth Floor, North Tower, Santa Monica, California 90404-4060. On June 7, 2005, I served a true copy of the within documents:

**STIPULATION FOR DISMISSAL; AND [PROPOSED] ORDER THEREON**

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

☐  by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, _____.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Scott Williams, Esq.<br>Matthew D. Brekhus, Esq.<br>Williams Wester & Hall, LLP<br>755 Baywood Drive<br>Suite 185<br>Petaluma, CA 94954<br>Fax (707) 769-2999 | Attorneys for Plaintiff and Cross-Defendant Jennifer Bronson |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this June 7, 2005.

_____
Susan McLoughlin